FILED
John E. Triplett, Acting Clerk
United States District Court
By MGarcia at 11:53 am, Oct 21, 2020

# In the United States District Court for the Southern District of Georgia Brunswick Division

CASSANDRA PASSMORE,

    Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY COMPANY,

    Defendants.

CV 2:19-059

## ORDER

The Court recently granted in part and denied in part Defendant's motion for summary judgment. Dkt. No. 56. This case is now ready for trial. The Parties are **ORDERED** to file a proposed pretrial order by November 13, 2020. The Court will hold a pretrial conference on December 14, 2020 at 10 o'clock a.m. and a jury trial on February 23, 2021 at 9 o'clock a.m. in the federal courthouse located at 801 Gloucester Street, Brunswick, Georgia 31520.

**SO ORDERED**, this 21 day of October, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA