IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CASSANDRA PASSMORE, | |
| Plaintiff, | CIVIL ACTION NO.: 2:19-cv-59 |
| v. | |
| TRAVELERS CASUALTY AND SURETY COMPANY, | |
| Defendant. | |

## O R D E R

This matter is before the Court on Defendant's Objections to Trial Exhibits.  Doc. 98. Defendant's filing is in response to the Court's April 19, 2021 Order directing Defendant to file any additional Objections to Plaintiff's previously undisclosed trial exhibits.  Plaintiff shall file any desired Response to Defendant's April 26, 2021 Objections **on or before April 29, 2021**.

**SO ORDERED**, this 27th day of April, 2021.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA