AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Cassandra Passmore

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV219-59

Travelers Casualty And Surety Company

Defendant.

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

in accordance with said verdict that judgment is hereby entered in favor of the plaintiff, Cassandra Passmore, and against the defendant, Travelers Casualty and Surety Company, in the amount of $3,512.10. Costs to be taxed by the Clerk.

Approved by: _____

June 14, 2021
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020